IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00143-AP

RUBEN TRUJILLO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael Desaulniers, Esq. | David M. Gaouette |
| 402 W. 12th Street | United States Attorney |
| Pueblo, Colorado 81003 | |
| 719-543-8636 | Kevin T. Traskos |
| seckarlaw@mindspring.com | Deputy Civil Chief |
| | United States Attorney's Office |
| | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-0815 |
| | Stephanie.kiley@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

   | | | |
   |---|---|---|
   | A. | Date Complaint was filed: | January 22, 2010 |
   | B. | Date Complaint was served on U.S. Attorney's Office: | February 24, 2010 |
   | C. | Date Answer and Administrative Record were filed: | May 3, 2010 |

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

   The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

   Neither party intends to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

   The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7. OTHER MATTERS

   The parties have no other matters to bring to the attention of the Court.

8. BRIEFING SCHEDULE

   Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after the filing of this Joint Case Management plan, as follows

   | | | |
   |---|---|---|
   | A. | Plaintiff's opening brief due | July 6, 2010 |
   | B. | Defendant's response brief due | August 5, 2010 |
   | C. | Plaintiff's reply brief (if any) due | August 20, 2010 |

9. STATEMENTS REGARDING ORAL ARGUMENT

    A. Plaintiff does not request oral argument.
    B. Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 12th day of May, 2010.

>                                BY THE COURT:
>
>                                *s/John L. Kane*
>                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Michael Desaulniers<br>Michael Desaulniers, Esq.<br>402 W. 12th Street<br>Pueblo, Colorado 81003<br>719-543-8636 | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN T. TRASKOS<br>Deputy Civil Chief<br>United States Attorney's Office<br>District of Colorado<br><br>s/Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, 1001A<br>Denver, Colorado 80294<br>(303) 844-0815<br>Stephanie.kiley@ssa.gov |